In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00372-CV**
_____

**IN RE STEVEN DWAYNE GILBERT**

**Original Proceeding**
**1A District Court of Jasper County, Texas**
**Trial Cause No. 13133JD**

**MEMORANDUM OPINION**

Steven Dwayne Gilbert filed a petition for writ of mandamus that seeks to compel the Board of Pardons and Paroles to release him immediately on mandatory supervision. This Court's mandamus jurisdiction does not extend to the Board of Pardons and Paroles. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017). To the extent Gilbert complains that the trial court forwarded a mandamus petition to the Court of Criminal Appeals, the proceedings at issue are purely post-conviction matters that do not implicate our mandamus jurisdiction or the mandamus jurisdiction of the district court. *In re McAfee*, 53 S.W.3d 715, 717-18 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding); *see also Martinez v. Thaler*, 931 S.W.2d

1

45, 46 (Tex. App.—Houston [14th Dist.] 1996, writ denied) ("A district court has no constitutional or statutory jurisdiction to exercise supervisory control over prison officials."). Accordingly, we dismiss the petition for writ of mandamus.

PETITION DISMISSED.


PER CURIAM


Submitted on October 3, 2018
Opinion Delivered October 4, 2018

Before Kreger, Horton, and Johnson, JJ.